June 8, 1984.

478 A.2d 67

Accounting Personnel v. Nardei, Appellants.

Submitted May 18, 1984. Sanford S. Finder, for appellants; David J. Slesnick, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

McEWEN, J., concurred in the result.

478 A.2d 68

Allen, Appellant, v. Port Authority, etc., et al.

Submitted April 12, 1984. David B. Washington, for appellant; JoAnn Haller, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment affirmed.